IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00696 |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's March 1, 2026 Minute Order, Plaintiffs respectfully submit their position on "whether it would be appropriate to treat the pending motion for a Section 705 stay, Dkt. 2, in the alternative, as a motion for summary judgment as to [Plaintiffs' notice-and-comment claim], and any specific objections either party may have to the Court proceeding in that manner." *See* Minute Order (Mar. 1, 2026). Counsel for Plaintiffs have conferred with counsel for Defendants, who have indicated that they will file their status report separately.

Plaintiffs consent to the Court's treatment of the pending motion for a Section 705 stay, ECF No. 2, in the alternative, as a motion for summary judgment as to the notice-and-comment claim under Section 706(2)(D), Count I, ECF No. 1 at 42. If the Court grants the alternative motion, Plaintiffs respectfully request that the Court stay briefing on the remaining arguments in the motion for a Section 705 stay. *See Purdue Univ. v. Scalia*, No. 20-cv-3006, 2020 WL 7340156, at *5 (D.D.C. Dec. 14, 2020).

Dated: March 2, 2026

Respectfully submitted,

*/s/ Allyson R. Scher*
Erez Reuveni (D.D.C. Bar No. CA00244)
Allyson R. Scher (D.C. Bar No. 1616379)
Catherine M.A. Carroll (D.C. Bar No. 497890)
Robin F. Thurston (D.C. Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**

P.O. Box 34553
Washington, D.C. 20043
ereuveni@democracyforward.org
ascher@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org
Phone : (202) 448-9090

Michelle Lapointe (D.C. Bar No. 90032063)
Suchita Mathur (D.C. Bar No. 90013156)
**AMERICAN IMMIGRATION COUNCIL**
2001 L Street, NW, Suite 500
Washington, D.C. 20036
mlapointe@immcouncil.org
smathur@immcouncil.org
Phone: (202) 507-7645

Keren Zwick (D.D.C. Bar No. IL0055)
Mary Georgevich**
Maria E. Dambriunas* (D.C. Bar No. 1738154)
Fizza Davwa**
Nicole May**
**NATIONAL IMMIGRANT JUSTICE CENTER**
111 W. Jackson Blvd. Suite 800
Chicago, Illinois 60604
kzwick@immigrantjustice.org
mgeorgevich@immigrantjustice.org
mdambriunas@immigrantjustice.org
fdavwa@immigrantjustice.org
nmay@immigrantjustice.org
Phone: (312) 660-1364

\* Application for admission to D.D.C. forthcoming
\*\* Application for admission *pro hac vice* forthcoming

*Counsel for Plaintiffs*