## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:26-cv-00696 (RDM) |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, | Hon. Randolph D. Moss |
| Defendants. | |

## DEFENDANTS' STATUS REPORT IN
## RESPONSE TO COURT'S MARCH 1, 2026 ORDER

On March 1, 2026, the Court directed the parties to file a status report as to whether it would be appropriate to treat the pending motion for a Section 705 stay, Dkt. 2, in the alternative, as a motion for summary judgment as to Plaintiffs' notice and comment claim, and to provide any specific objections to the Court proceeding in that manner.

Defendants object to converting Plaintiffs' pending motion for a Section 705 stay to a motion for summary judgment with regard to the notice and comment claim. Plaintiffs' motion raises several threshold questions including statutory jurisdiction, Article III standing, and irreparable harm that the Court should consider at this stage of the case prior to summary judgment. In particular, Plaintiffs primarily base their arguments in support of their Article III standing on an organizational-standing theory alleging potential impacts to their organizations. Converting the Section 705 stay motion to summary-judgment motion will deprive Defendants of the opportunity to request jurisdictional discovery on Plaintiffs' assertions as to their organizational standing should Defendants choose to do so. Furthermore, the case was just filed

late last week and Defendants have not had an opportunity to file a response. Defendants have

expended significant resources and effort over the weekend to prepare a response to the 705

motion. For these reasons, the Court should proceed with consideration of the stay motion.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
TYLER J. BECKER
*Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

s/ *Papu Sandhu*
PAPU SANDHU (Mass. Bar #630090)
*Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Washington, DC 20044
Papu.sandhu@usdoj.gov
(202) 616-9357

Dated: March 2, 2026          Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically filed this Status Report with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Papu Sandhu*
PAPU SANDHU
Assistant Director
U.S. Department of Justice