**In the United States District Court**
**for the District of Columbia**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al.,<br><br>*Defendants*. | Case No. 26-cv-00696-RDM<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR DISCOVERY UNDER FED. R. CIV. P. 56(d)** |

IT IS HEREBY ORDERED that the Defendants' motion for discovery under Fed. R. Civ. P. 56(d) is GRANTED. Consideration of Plaintiffs' motion for summary judgment is DEFERRED until that discovery is complete.

Dated: ______________________

______________________________
Randolph D. Moss
United States District Judge

**Attorneys Entitled to Notification of Order's Entry**

**Allyson R. Scher**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

**Keren Hart Zwick**
National Immigrant Justice Center
111 West Jackson Blvd., Suite 800
Chicago, IL 60604

**Michelle Lapointe**
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036

**Mary Georgevich**
National Immigrant Justice Center
111 West Jackson Blvd., Suite 800
Chicago, IL 60604

**Suchita Mathur**
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036

**Erez R. Reuveni**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

**Christopher Ian Pryby**
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

**Joshua Clem**
Office of Immigration Litigation
Civil Division
U.S. Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, DC 20044

**Papu Sandhu**
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
450 5th Street NW, Suite 10300
Washington, DC 20001

**John R. Jacob**
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006