IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al.,<br><br>　　　　　*Defendants*. | Case No. 26-cv-00696-RDM<br><br>Hon. Randolph D. Moss |

**DEFENDANTS' NOTICE OF HEARING TOPICS FOR DECLARANTS**

At the conclusion of this Court's hearing this afternoon on Defendants' motion under Fed. R. Civ. P. 56(d), this Court requested that Plaintiffs make available at least one of Plaintiffs' declarants at the hearing on Plaintiffs' motion for a 5 U.S.C. §705 stay, or converted summary judgment motion, this Friday.  Defendants agreed at the hearing to produce a list of discussion topics by 7:00pm EST this evening.  Please find that list below:

1. Whether the organization created formal projections about the impact of the IFR on the relevant organization, what those projections were, and the methodology of those projections.
2. What the organization estimates the cost of the final rule to be and whether the organization prepared cost projections.
3. What preparations the relevant organization has engaged in to comply with the IFR's changes.
4. Whether efforts have been made to obtain new funding prior to the IFR's effective date, whether Plaintiff has investigated the ability to do so, any existing plans for new funding, and any new funding that has been obtained since the publication of the IFR that would pay for work caused by the IFR.
5. Whether the relevant Plaintiff has asked its sources of funding whether the source would be willing to amend any terms dictating what the funding can be used for to ensure Plaintiff will not lose funding following implementation of the IFR, and the result of that outreach.
6. The approximate number of clients the organization served in immigration proceedings (both at the agency and federal court level) in the last year and, to the extent projections were made, the number of clients the organization projects it will be able to serve during the first year after the IFR's effective date.

7. The approximate number of immigration attorneys the organization employs, and the approximate number of immigration attorneys the organization will employ if the IFR becomes effective.

8. Whether the organization has made any plans for new programs or changes to existing programs as a result of the IFR.

Dated:  March 4, 2026               Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

/s/ *Tyler J. Becker*
TYLER J. BECKER (VA Bar. No. 97636)
*Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

PAPU SANDHU
*Assistant Director*

PATRICK J. GLEN
Senior Litigation Counsel

CHRISTOPHER IAN PRYBY
JOSH A. CLEM
BRONWYN H. NAYCI
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044