**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al., <br><br> *Defendants*. | Case No. 1:26-cv-00696-RDM <br><br> Hon. Randolph D. Moss |

**STIPULATION TO STAY CASE PENDING FINAL RULE**

Plaintiffs and Defendants, by and through undersigned counsel, respectfully submit this stipulation and hereby move this Court to stay all deadlines in the above-captioned matter pending completion of the notice-and-comment period and publication of the Final Rule. As justification for this relief, the parties state as follows:

1. On February 6, 2026, the Executive Office for Immigration Review (EOIR) published an interim final rule (IFR) to address the backlog of immigration cases pending at the Board of Immigration Appeals (BIA). *Appellate Procedures for the Board of Immigration Appeals*, 91 Fed. Reg. 5,267, 5,270 (Feb. 6, 2026).

2. On February 26, 2026, Plaintiffs brought the instant action and sought preliminary relief in the form of a stay under 5 U.S.C. § 705, to prevent the IFR from going into effect. *See* Dkts. 1, 2.

3. On March 2, 2026, the Court entered an order to treat Plaintiffs' pending motion as a motion for summary judgment as to the notice-and-comment claim or,

1

alternatively, as a motion for a Section 705 stay on all the issues raised in Plaintiffs' Complaint. Dkt. 17.

4.      On March 8, 2026, the Court entered its order granting Plaintiffs partial summary judgment as to Count I and denying Plaintiffs' motion for a Section 705 stay. Dkt. 33 at 1. Consequently, the Court set aside several portions of the IFR, finding that the agency did not comply with the notice-and-comment rulemaking requirement, and remanded the matter to the agency for further proceedings consistent with the Court's order. *See* Dkt. 33 at 1-2.

5.      The EOIR is currently engaged in rulemaking to address those portions of the IFR, including the required notice-and-comment period for issuance of a Final Rule. *See* 5 U.S.C. §553(b)-(c).

6.      The parties have determined that it serves the interest of all parties and advances judicial economy to stay all litigation deadlines in this case, to allow the agency an opportunity to complete the rulemaking process.

7.      This Court has broad discretion to stay proceedings incident to its power to control its own docket. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Hisler v. Gallaudet Univ.*, 344 F. Supp. 2d 29, 35 (D.D.C. 2004).

8.      The requested stay will allow the agency to complete the rulemaking process which may resolve Plaintiffs' claims or, alternatively, provide the parties and this Court with the substantive provisions necessary for further disposition of those claims.

9.      Therefore, the parties stipulate, subject to the approval of this Court, to stay all proceedings in this case until EOIR completes the rulemaking process. This is fair and reasonable to both parties.

10.     The parties have conferred pursuant to Local Rule 7(m). Given the parties' agreement with this request, the parties respectfully request the Court grant the stipulation to stay this matter.

**So Stipulated.**

Dated: April 9, 2026                                         Respectfully submitted,

*/s/ Allyson R. Scher*
Erez Reuveni (D.D.C. Bar No. CA00244)                       BRETT A. SHUMATE
Allyson R. Scher (D.C. Bar No. 1616379)                     *Assistant Attorney General*
Catherine M.A. Carroll (D.C. Bar No. 497890)
Robin F. Thurston (D.C. Bar No. 1531399)                    DREW C. ENSIGN
**DEMOCRACY FORWARD FOUNDATION**                            *Deputy Assistant Attorney General*
P.O. Box 34553
Washington, D.C. 20043                                      TYLER BECKER
ereuveni@democracyforward.org                               *Counsel to the Assistant Attorney General*
ascher@democracyforward.org                                 U.S. Department of Justice, Civil Division
ccarroll@democracyforward.org                               950 Pennsylvania Avenue, NW
rthurston@democracyforward.org                              Washington, DC 20530
Phone: (202) 448-9090
                                                            PAPU SANDHU (Mass. Bar No. 630090)
Keren Zwick (D.D.C. Bar No. IL0055)                         *Assistant Director*
Mary Georgevich**
Maria E. Dambriunas* (D.C. Bar No. 1738154)                 CHRISTOPHER IAN PRYBY
Fizza Davwa**                                               Trial Attorney
Nicole May**
**NATIONAL IMMIGRANT JUSTICE CENTER**                       */s/ Joshua Clem*
111 W. Jackson Blvd. Suite 800                              JOSHUA A. CLEM
Chicago, Illinois 60604                                     Trial Attorney (AR Bar No. AR2023202)
kzwick@immigrantjustice.org                                 U.S. Department of Justice, Civil Division
mgeorgevich@immigrantjustice.org                            Office of Immigration Litigation
mdambriunas@immigrantjustice.org                            P.O. Box 868 Ben Franklin Station
fdavwa@immigrantjustice.org                                 Washington, DC 20044
nmay@immigrantjustice.org                                   Joshua.Clem2@usdoj.gov
Phone: (312) 660-1364                                       (202) 253-6762

Michelle Lapointe (D.C. Bar No. 90032063)
Suchita Mathur (D.C. Bar No. 90013156)
**AMERICAN IMMIGRATION COUNCIL**
2001 L Street, NW, Suite 500
Washington, D.C. 20036

mlapointe@immcouncil.org
smather@immcouncil.org
Phone: (202) 507-7645

*Counsel for Plaintiffs*

\* Application for admission to D.D.C. forthcoming
\*\* Application for admission *pro hac vice* forthcoming