**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al.,<br>*Plaintiffs*,<br>v.<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al.,<br>*Defendants*. | Case No. 1:26-cv-00696-RDM<br>Hon. Randolph D. Moss |

**[PROPOSED] ORDER GRANTING STIPULATION AND ENTERING STAY**

Having considered the parties' stipulation and request for a stay to allow the agency to complete the rulemaking process (Dkt. #), and finding good cause therefor, it is hereby:

**ORDERED** that the parties' stipulated request is **GRANTED**; and it is

**FURTHER ORDERED** that all deadlines to file an answer, a dispositive motion, and other documents in the above-captioned case are **STAYED** until Defendants' Counsel notifies the Court that the Executive Office for Immigration Review has completed the rulemaking process; and it is

**FURTHER ORDERED** that after the Court lifts the stay, deadlines in this case shall be reset by order of the Court.

**IT IS SO ORDERED.**

DATED: ______________

_________________________________
Hon. Randolph D. Moss
United States District Judge