IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT RIGHTS, et al,

Plaintiffs,

vs.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al,

Defendants.

Civil Action
No 1: 26-696

Washington, DC
March 9, 2026

2:00 p.m.

TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs: Allyson R. Scher
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043

Erez R. Reuveni
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043

For the Defendant: Tyler J. Becker
U.S. DEPARTMENT OF JUSTICE
Office of the Assistant Attorney General, Civil Division
950 Pennsylvania Ave NW
Rm. 3632
Washington, DC 20530

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant: Christopher Ian Pryby
Joshua Clem
DOJ-CIV
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Court Reporter: Sherry Lindsay
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 6710
Washington, DC 20001

P R O C E E D I N G S

THE COURTROOM DEPUTY: Your Honor, we are on the record in civil matter 26-696, *Amica Center for Immigrant Rights, et al versus Executive Office for Immigration Review*.

Beginning with plaintiffs' counsel, please approach the podium and identify yourselves for the record.

MR. REUVENI: Good afternoon, Your Honor. Erez Reuveni. With me is my cocounsel, Ally Scher.

THE COURT: All right. Good afternoon to both of you.

MR. BECKER: Tyler Becker for the government. And introducing my cocounsel Christopher Pryby and Joshua Clem.

THE COURT: All right. Good afternoon to all of you as well. So the reason I wanted to convene this afternoon was just to get your input on next steps in this matter. And in particular, as you may have gathered from the argument in this case, one of the things I was contemplating was entering partial final judgment under Rule 54(b), which among other things would allow an immediate appeal with respect to the issues where I was entering partial final judgment. I wasn't sure though as I was finishing my opinion actually that I could do so, because Rule 54(b) is written in terms of resolving a claim.

And given my application of the severability doctrine as suggested by defendants in the case, I'm not sure that I

actually have at this point resolved the entirety of a claim. I have resolved a portion of Count 1, but a portion of Count 1 remains unresolved at this point. And so I really just wanted your guidance. And it may be that you need to think about these issues a little bit yourself and just submit a status report to the Court.

But particularly given the fact that I had raised the prospect of entering partial final judgment, I wanted to make sure that I wasn't missing something. Quite frankly, I have not gone to research the question of under Rule 54(b), what I have done does qualify as the resolution of a claim in the case. And in any event, that probably is a question for you all in the first instance.

I'm happy to hear from either side. In some sense it is more of a question for defendants. But whoever has anything they want to offer, I'm happy to hear about that and any other suggestions about how we should proceed with the remainder of the case. Mr. Reuveni.

MR. REUVENI: Thank you, Your Honor.

I don't -- I have a few housekeeping items --

THE COURT: Sure.

MR. REUVENI: -- and suggestions on how to proceed. But as to your immediate question, I think we would benefit at least for plaintiffs, the opportunity to think a little bit on your question. I don't have off the top of my head an answer

for you as to whether there would be some issue with proceeding that way.

THE COURT: Yeah. It may be that the real -- the first question is whether defendants want me to enter a partial final judgment in the case so that they can take an appeal. That may be a question for them in the first instance.

MR. REUVENI: Why don't I suggest you start with Mr. Becker and then I will come back up.

THE COURT: Okay. That is fine.

Mr. Becker.

MR. BECKER: Your Honor, I will be very quick. I think the government would appreciate to submit a letter on this. I think -- I think that you do raise a good question. And I am aware of the language of 54(b) and totally understood that you didn't do that. But I think we would like to submit something separately. And I do think it goes to whether the government intends to appeal at all, which no decision has been made on, even if there was a 54(b). So I think that --

THE COURT: And I understand as well that you are in the midst of a notice and comment process and you'll have to figure out what to do with that as well.

That's fine. The only amendment I would make to what you suggest is we just don't do letters in this jurisdiction, but you can do a status report with the Court just letting me know how you think the Court should proceed or if it's a

motion, that's fine too.

MR. BECKER: Yes, Your Honor.

THE COURT: Anything else?

MR. BECKER: Not from the government.

THE COURT: All right. Mr. Reuveni.

MR. REUVENI: Thank you, Your Honor.

So we are happy to submit a joint status report on that issue. If we disagree, we will lay out our positions, but we agree and that will be --

THE COURT: That's fine. So why don't we do it by means of a joint status report. But obviously if the government concludes that it's appropriate for it to file a motion, you are welcome to do so.

MR. REUVENI: I just have three housekeeping matters.

THE COURT: Okay.

MR. REUVENI: They are all somewhat related, but the first is if you do proceed with a final -- partial final judgment as we are discussing here, what to do with the rest of the case --

THE COURT: Right.

MR. REUVENI: I know we discussed at some point holding the case in abeyance pending resolution of whatever happens with the further notice and comment process after the remand. And I think at least from the plaintiffs' side, we would not be opposed to that. But I have two parts -- two

subsidiary caveats to that. The first is having read your decision and going back and looking at the rule and the transcript and I'm not sure we still have a clear answer on when parties get a transcript or a record at this stage. I don't know that the government knows the answer to that. I certainly don't know the answer to that. So while agreeing to hold things in abeyance, if it turns out that there are -- we are simply not getting transcripts for months --

THE COURT: Right.

MR. REUVENI: -- I think we still have a problem on our side. So if Mr. Becker can clarify today or if it's possible to get the government's position on when we would receive -- when under the version of the rule that now exists today, following your order when parties would get transcripts.

THE COURT: And obviously if things are stayed here and there is further notice and comment, that strikes me as an ideal topic for notice and comment, in which commenters can certainly say to the government, it's unclear from the rule what you intend the rule to apply with respect to transcripts. And the government in its response could say, you're right, we ought to clarify the rule in that regard or this is how we interpret the rule, whatever they think the appropriate response is.

MR. REUVENI: Right. Totally understood. I can imagine comments to that effect would be made. I'm only

bringing it up, if we agree to an abeyance, I don't want you to be surprised if we show up here with some sort of emergency motion on a narrow issue.

THE COURT: That's fine. Understood. And as you I think correctly discern from my opinion, it was not clear to the Court. And my best reading of what was done here is that the rule was amended either intentionally or perhaps unintentionally in a way that simply took away whatever guidance existed with respect to the preparation of the transcript leaving somewhat of a vacuum.

MR. REUVENI: Yeah. And I will try this -- one more version of this, pointing the Court and the government to 8 C.F.R. 1003.1(e)(3), that's the rule that preexists, wasn't amended by this rule and it reads, "In any case --

THE COURT: No. No. No. Slow.

MR. REUVENI: Yeah.

THE COURT: When you are reading you go too fast.

MR. REUVENI: "In any case that has not been summarily dismissed" comma -- I'll read the rest in a moment. So that part is gone. We don't have summary dismissal anymore for now -- "the case management system shall arrange for the completion of the record of proceeding and transcript and the issue of a briefing schedule." That is what is supposed to happen that we understand now.

But there is also the provision left in place because

you found it not likely to be substantive, 8 C.F.R. 1003.3(c)(1). And that says, "The board shall set a briefing schedule for all appeals it has not summarily dismissed. For appeals of orders by an immigration judge in which no transcript is warranted, briefs shall be due simultaneously from both parties within 20 days." It is unclear to us what warranted means, so that is the issue.

THE COURT: That's a fair point. And I agree that at some point in this process, we need clarity on that question.

MR. REUVENI: Okay. Second and related as you heard from Ms. St. John yesterday in our papers that the biggest harm from even this stuff that remains in place is to pro se detained individuals. And I just call -- Mr. Becker had made an offer to the Court to stay the rule in full as to those individuals, which I believe the government suggested was a small handful of individuals. And I am just wondering if that offer remains on the table or not?

We can confirm with him afterwards.

THE COURT: I guess that seems me to that is probably the better way to proceed and you can file something with the Court letting me know.

MR. REUVENI: And last, we have heard at least one report of an individual who received a decision on the 2nd of March, told their appeal deadline would be 30 days. The system currently lists their appeal deadline as 10 days, understanding

your order just came out last night close to midnight, we are not here to suggest your order is not being complied with. But I am just flagging for the government there seem to be some hiccups in implementing that.

THE COURT: Okay.

MR. REUVENI: But beyond those three points, I think we would not oppose an abeyance pending further notice and comment.

THE COURT: Anything else, Mr. Becker, that you want to add?

MR. BECKER: No, Your Honor.

On the transcript point, I will take that back to our clients and see if there is some guidance we can provide before the end of the notice-and-comment process. But given your order, I think we are considering how to implement that.

THE COURT: I appreciate that.

So when would you like to file a joint status report? How much time do you need?

MR. BECKER: I am not exactly -- it sounds like plaintiffs are willing to hold the case in abeyance besides this. We probably appreciate until the end of the week, if we can get that.

THE COURT: That seems fine to me. And Mr. Reuveni is nodding approvingly. So assuming that nothing comes up in the interim and anyone is free to come back to the Court at any

time if there is an emergency situation. But I will direct then that the parties file a joint status report on or before Friday the 13th of March, in which you can address whether the Court should and whether there is a basis to enter a partial final judgment in the case or whether that is just not a relevant question, because that is not something the government is intending to pursue in any event. To the extent you can provide any update with respect to the Department's understanding of when transcripts will be prepared, that would be helpful or alternatively you can indicate where consideration of that question stands.

And then in that document, I think it also would be helpful if the parties at least address the question that Mr. Reuveni I think fairly raised of whether the government's prior offer with respect to the stay as to pro se litigants is appropriate and anything else that you want to do.

It does seem me to that one possibility, which is I think something that is in the discretion of the department. And this is not something where I am directing things legally. But if one is looking for just ways to proceed here with some organization and efficiency to it, one possibility might be for the Department to voluntarily say, it's just too complicated to think about the rule partially taking effect now and partially taking effect at some later date and that we are going to just push off the effective date while we consider the comments.

I'm not telling you that you have to do that. But that seems to me something that you might consider in the process just because it certainly occurred to me in the drafting of the opinion that it does invite some just administrative confusion if you are starting to rewrite the order now and providing guidance to the bureau and litigants as to which sentences apply and which sentences don't apply.

And, quite frankly, I thought about whether I could actually parse the rule myself in a way in which I told you which words in the rule continue. And I'm not sure that it actually that easily parses on the page. But that's something that you all can confer amongst yourselves about and just let me know what you decide to do in the joint status report.

MR. BECKER: Yes, Your Honor.

THE COURT: Anything else before we adjourn?

All right. Thank you, all.

(Proceedings concluded at 2:13 p.m.)

C E R T I F I C A T E

I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.

Dated this 1st day of April, 2026.

Sherry Lindsay, RPR
Official Court Reporter

**MR. BECKER: [7]** 3/11 5/11 6/2 6/4 10/11 10/19 12/14
**MR. REUVENI: [16]**
**THE COURT: [23]**
**THE COURTROOM DEPUTY: [1]** 3/2

**1**

**10 [1]** 9/25
**1003.1 [1]** 8/13
**1003.3 [1]** 9/2
**13th [1]** 11/3
**1st [1]** 13/10

**2**

**20 [1]** 9/6
**20001 [1]** 2/10
**20043 [2]** 1/15 1/17
**20044 [1]** 2/4
**2026 [2]** 1/6 13/10
**20530 [1]** 1/22
**26-696 [2]** 1/4 3/3
**2:00 [1]** 1/7
**2:13 [1]** 12/17
**2nd [1]** 9/23

**3**

**30 [1]** 9/24
**333 [1]** 2/9
**34553 [2]** 1/14 1/17
**3632 [1]** 1/21

**5**

**54 [5]** 3/18 3/22 4/10 5/14 5/18

**6**

**6710 [1]** 2/9
**696 [2]** 1/4 3/3

**8**

**878 [1]** 2/3

**9**

**950 [1]** 1/21

**A**

**abeyance [5]** 6/22 7/7 8/1 10/7 10/20
**about [6]** 4/4 4/16 4/17 11/23 12/8 12/12
**above [1]** 13/5
**above-entitled [1]** 13/5
**Action [1]** 1/4
**actually [4]** 3/21 4/1 12/9 12/11
**add [1]** 10/10
**address [2]** 11/3 11/13
**adjourn [1]** 12/15
**administrative [1]** 12/4
**after [1]** 6/23
**afternoon [4]** 3/7 3/9 3/13 3/14
**afterwards [1]** 9/18
**agree [3]** 6/9 8/1 9/8
**agreeing [1]** 7/6
**al [3]** 1/3 1/7 3/4
**all [11]** 3/9 3/13 3/13 4/13 5/17 6/5 6/16 9/3 12/12 12/16 12/16
**allow [1]** 3/19
**Ally [1]** 3/8
**Allyson [1]** 1/13
**also [2]** 8/25 11/12
**alternatively [1]** 11/10
**am [5]** 5/14 9/16 10/3 10/19 11/19
**amended [2]** 8/7 8/14
**amendment [1]** 5/22
**AMICA [2]** 1/3 3/3
**among [1]** 3/18
**amongst [1]** 12/12
**answer [4]** 4/25 7/3 7/5 7/6
**any [7]** 4/12 4/16 8/14 8/18 10/25 11/7 11/8
**anymore [1]** 8/20
**anyone [1]** 10/25
**anything [5]** 4/15 6/3 10/9 11/16 12/15
**appeal [5]** 3/19 5/5 5/17 9/24 9/25
**appeals [2]** 9/3 9/4
**APPEARANCES [3]** 1/12 1/24 2/1
**application [1]** 3/24
**apply [3]** 7/19 12/7 12/7
**appreciate [3]** 5/12 10/16 10/21
**approach [1]** 3/5
**appropriate [3]** 6/12 7/22 11/16
**approvingly [1]** 10/24
**April [1]** 13/10
**are [15]**
**argument [1]** 3/16
**arrange [1]** 8/21
**as [17]**
**Assistant [1]** 1/20
**assuming [1]** 10/24
**Attorney [1]** 1/20
**Ave [1]** 1/21
**Avenue [1]** 2/9
**aware [1]** 5/14
**away [1]** 8/8

**B**

**back [4]** 5/8 7/2 10/12 10/25
**Bankruptcy [1]** 2/8
**basis [1]** 11/4
**be [17]**
**because [4]** 3/22 8/25 11/6 12/3
**Becker [7]** 1/19 3/11 5/8 5/10 7/11 9/13 10/9
**been [2]** 5/17 8/18
**before [4]** 1/10 10/13 11/2 12/15
**Beginning [1]** 3/5
**being [1]** 10/2
**believe [1]** 9/15
**Ben [1]** 2/4
**benefit [1]** 4/23
**besides [1]** 10/20
**best [1]** 8/6
**better [1]** 9/20
**beyond [1]** 10/6
**biggest [1]** 9/11
**bit [2]** 4/5 4/24
**board [1]** 9/2
**both [2]** 3/9 9/6
**Box [3]** 1/14 1/17 2/3
**briefing [2]** 8/23 9/2
**briefs [1]** 9/5
**bringing [1]** 8/1
**bureau [1]** 12/6

**C**

**C.F.R [2]** 8/13 9/1
**call [1]** 9/13
**came [1]** 10/1
**can [13]** 5/5 5/24 7/11 7/17 7/24 9/18 9/20 10/13 10/22 11/3 11/7 11/10 12/12
**case [12]** 3/17 3/25 4/12 4/18 5/5 6/19 6/22 8/14 8/18 8/21 10/20 11/5
**caveats [1]** 7/1
**CENTER [2]** 1/3 3/3
**certainly [3]** 7/6 7/18 12/3
**certify [1]** 13/3
**Christopher [2]** 2/2 3/12
**CIV [1]** 2/3
**civil [3]** 1/4 1/20 3/3
**claim [3]** 3/23 4/1 4/11
**clarify [2]** 7/11 7/21
**clarity [1]** 9/9
**clear [2]** 7/3 8/5
**Clem [2]** 2/2 3/12
**clients [1]** 10/13
**close [1]** 10/1
**cocounsel [2]** 3/8 3/12
**COLUMBIA [1]** 1/1
**come [2]** 5/8 10/25
**comes [1]** 10/24
**comma [1]** 8/19
**comment [6]** 5/20 6/23 7/16 7/17 10/8 10/14
**commenters [1]** 7/17
**comments [2]** 7/25 11/25
**completion [1]** 8/22
**complicated [1]** 11/22
**complied [1]** 10/2
**concluded [1]** 12/17
**concludes [1]** 6/12
**confer [1]** 12/12
**confirm [1]** 9/18
**confusion [1]** 12/4
**consider [2]** 11/25 12/2
**consideration [1]** 11/11
**considering [1]** 10/15
**constitutes [1]** 13/4
**Constitution [1]** 2/9
**contemplating [1]** 3/17
**continue [1]** 12/10
**CONTINUED [2]** 1/24 2/1
**convene [1]** 3/14
**correct [1]** 13/4
**correctly [1]** 8/5
**could [3]** 3/21 7/20 12/8
**counsel [1]** 3/5
**Count [2]** 4/2 4/2
**COURT [14]**
**Courts [1]** 2/8
**currently [1]** 9/25

**D**

**date [2]** 11/24 11/25
**Dated [1]** 13/10
**day [1]** 13/10

D
days [3] 9/6 9/24 9/25
DC [6] 1/5 1/15 1/17 1/22 2/4 2/10
deadline [2] 9/24 9/25
decide [1] 12/13
decision [3] 5/17 7/2 9/23
Defendant [2] 1/19 2/2
defendants [4] 1/8 3/25 4/15 5/4
DEMOCRACY [2] 1/14 1/16
department [3] 1/19 11/18 11/22
Department's [1] 11/8
detained [1] 9/13
didn't [1] 5/15
direct [1] 11/1
directing [1] 11/19
disagree [1] 6/8
discern [1] 8/5
discretion [1] 11/18
discussed [1] 6/21
discussing [1] 6/18
dismissal [1] 8/20
dismissed [2] 8/19 9/3
DISTRICT [4] 1/1 1/1 1/11 2/8
Division [1] 1/20
do [15]
doctrine [1] 3/24
document [1] 11/12
does [3] 4/11 11/17 12/4
DOJ [1] 2/3
DOJ-CIV [1] 2/3
don't [10] 4/20 4/25 5/7 5/23 6/10 7/5 7/6 8/1 8/20 12/7
done [2] 4/11 8/6
drafting [1] 12/3
due [1] 9/5

E
easily [1] 12/11
effect [3] 7/25 11/23 11/24
effective [1] 11/25
efficiency [1] 11/21
either [2] 4/14 8/7
else [4] 6/3 10/9 11/16 12/15
emergency [2] 8/2 11/1
end [2] 10/14 10/21
enter [2] 5/4 11/4
entering [3] 3/17 3/20 4/8
entirety [1] 4/1
entitled [1] 13/5
Erez [2] 1/16 3/7
et [3] 1/3 1/7 3/4
even [2] 5/18 9/12
event [2] 4/12 11/7
exactly [1] 10/19
EXECUTIVE [2] 1/6 3/4
existed [1] 8/9
exists [1] 7/13
extent [1] 11/7

F
fact [1] 4/7
fair [1] 9/8
fairly [1] 11/14
fast [1] 8/17
few [1] 4/20
figure [1] 5/21
file [4] 6/12 9/20 10/17 11/2
final [7] 3/18 3/20 4/8 5/5 6/17 6/17 11/5
fine [6] 5/9 5/22 6/1 6/10 8/4 10/23
finishing [1] 3/21
first [5] 4/13 5/4 5/6 6/17 7/1
flagging [1] 10/3
following [1] 7/14
foregoing [1] 13/4
FORWARD [2] 1/14 1/16
found [1] 9/1
FOUNDATION [2] 1/14 1/16
Franklin [1] 2/4
frankly [2] 4/9 12/8
free [1] 10/25
Friday [1] 11/3
full [1] 9/14
further [3] 6/23 7/16 10/7

G
gathered [1] 3/16
General [1] 1/20
get [5] 3/15 7/4 7/12 7/14 10/22
getting [1] 7/8
given [3] 3/24 4/7 10/14
go [1] 8/17
goes [1] 5/16
going [2] 7/2 11/24
gone [2] 4/10 8/20
good [4] 3/7 3/9 3/13 5/13
government [12] 3/11 5/12 5/17 6/4 6/12 7/5 7/18 7/20 8/12 9/15 10/3 11/6
government's [2] 7/12 11/14
guess [1] 9/19
guidance [4] 4/4 8/9 10/13 12/6

H
had [2] 4/7 9/13
handful [1] 9/16
happen [1] 8/24
happens [1] 6/23
happy [3] 4/14 4/16 6/7
harm [1] 9/11
has [4] 4/15 5/17 8/18 9/3
have [15]
having [1] 7/1
head [1] 4/25
hear [2] 4/14 4/16
heard [2] 9/10 9/22
HEARING [1] 1/10
helpful [2] 11/10 11/13
here [6] 6/18 7/15 8/2 8/6 10/2 11/20
hiccups [1] 10/4
him [1] 9/18
hold [2] 7/7 10/20
holding [1] 6/22
Honor [8] 3/2 3/7 4/19 5/11 6/2 6/6 10/11 12/14
HONORABLE [1] 1/10
housekeeping [2] 4/20 6/14
how [6] 4/17 4/22 5/25 7/21 10/15 10/18

I
I'll [1] 8/19
I'm [7] 3/25 4/14 4/16 7/3 7/25 12/1 12/10
Ian [1] 2/2
ideal [1] 7/17
identify [1] 3/6
imagine [1] 7/25
immediate [2] 3/19 4/23
IMMIGRANT [2] 1/3 3/3
immigration [3] 1/7 3/4 9/4
implement [1] 10/15
implementing [1] 10/4
indicate [1] 11/10
individual [1] 9/23
individuals [3] 9/13 9/15 9/16
input [1] 3/15
instance [2] 4/13 5/6
intend [1] 7/19
intending [1] 11/7
intends [1] 5/17
intentionally [1] 8/7
interim [1] 10/25
interpret [1] 7/22
introducing [1] 3/12
invite [1] 12/4
is [36]
issue [5] 5/1 6/8 8/3 8/23 9/7
issues [2] 3/20 4/5
it [20]
it's [5] 5/25 6/12 7/11 7/18 11/22
items [1] 4/20
its [1] 7/20

J
John [1] 9/11
joint [5] 6/7 6/11 10/17 11/2 12/13
Joshua [2] 2/2 3/12
judge [2] 1/11 9/4
judgment [6] 3/18 3/20 4/8 5/5 6/18 11/5
jurisdiction [1] 5/23
just [17]
JUSTICE [1] 1/19

K
know [6] 5/25 6/21 7/5 7/6 9/21 12/13
knows [1] 7/5

L
language [1] 5/14
last [2] 9/22 10/1
later [1] 11/24
lay [1] 6/8
least [4] 4/24 6/24 9/22 11/13
leaving [1] 8/10
left [1] 8/25
legally [1] 11/19
let [1] 12/12
letter [1] 5/12
letters [1] 5/23
letting [2] 5/24 9/21

**L**

**like [3]** 5/15 10/17 10/19
**likely [1]** 9/1
**Lindsay [3]** 2/7 13/3 13/12
**lists [1]** 9/25
**litigants [2]** 11/15 12/6
**little [2]** 4/5 4/24
**looking [2]** 7/2 11/20

**M**

**made [3]** 5/18 7/25 9/13
**make [2]** 4/8 5/22
**management [1]** 8/21
**March [3]** 1/6 9/24 11/3
**matter [3]** 3/3 3/15 13/5
**matters [1]** 6/14
**may [4]** 3/16 4/4 5/3 5/6
**me [11]** 3/8 5/4 5/24 7/16 9/19 9/21 10/23 11/17 12/2 12/3 12/13
**means [2]** 6/11 9/7
**midnight [1]** 10/1
**midst [1]** 5/20
**might [2]** 11/21 12/2
**missing [1]** 4/9
**moment [1]** 8/19
**months [1]** 7/8
**more [2]** 4/15 8/11
**MOSS [1]** 1/10
**motion [3]** 6/1 6/13 8/3
**Mr [7]** 4/18 5/10 6/5 7/11 9/13 10/9 10/23
**Mr. [2]** 5/8 11/14
**Mr. Becker [1]** 5/8
**Mr. Reuveni [1]** 11/14
**Ms. [1]** 9/11
**Ms. St. John [1]** 9/11
**much [1]** 10/18
**my [7]** 3/8 3/12 3/21 3/24 4/25 8/5 8/6
**myself [1]** 12/9

**N**

**narrow [1]** 8/3
**need [3]** 4/4 9/9 10/18
**next [2]** 1/24 3/15
**night [1]** 10/1
**no [7]** 1/4 5/17 8/15 8/15 8/15 9/4 10/11
**nodding [1]** 10/24
**not [20]**
**nothing [1]** 10/24
**notice [6]** 5/20 6/23 7/16 7/17 10/7 10/14
**now [5]** 7/13 8/21 8/24 11/23 12/5
**NW [2]** 1/21 2/9

**O**

**obviously [2]** 6/11 7/15
**occurred [1]** 12/3
**off [2]** 4/25 11/25
**offer [4]** 4/16 9/14 9/17 11/15
**OFFICE [3]** 1/6 1/20 3/4
**Official [3]** 2/8 13/3 13/13
**Okay [4]** 5/9 6/15 9/10 10/5
**one [6]** 3/17 8/11 9/22 11/17 11/20 11/21
**only [2]** 5/22 7/25
**opinion [3]** 3/21 8/5 12/4
**opportunity [1]** 4/24
**oppose [1]** 10/7
**opposed [1]** 6/25
**order [5]** 7/14 10/1 10/2 10/15 12/5
**orders [1]** 9/4
**organization [1]** 11/21
**other [2]** 3/18 4/16
**ought [1]** 7/21
**our [4]** 6/8 7/11 9/11 10/12
**out [4]** 5/21 6/8 7/7 10/1

**P**

**p.m [2]** 1/7 12/17
**P.O [3]** 1/14 1/17 2/3
**page [2]** 1/24 12/11
**papers [1]** 9/11
**parse [1]** 12/9
**parses [1]** 12/11
**part [1]** 8/20
**partial [6]** 3/18 3/20 4/8 5/4 6/17 11/4
**partially [2]** 11/23 11/23
**particular [1]** 3/16
**particularly [1]** 4/7
**parties [5]** 7/4 7/14 9/6 11/2 11/13
**parts [1]** 6/25
**pending [2]** 6/22 10/7
**Pennsylvania [1]** 1/21
**perhaps [1]** 8/7
**place [2]** 8/25 9/12
**plaintiffs [4]** 1/4 1/13 4/24 10/20
**plaintiffs' [2]** 3/5 6/24
**please [1]** 3/5
**podium [1]** 3/6
**point [6]** 4/1 4/3 6/21 9/8 9/9 10/12
**pointing [1]** 8/12
**points [1]** 10/6
**portion [2]** 4/2 4/2
**position [1]** 7/12
**positions [1]** 6/8
**possibility [2]** 11/17 11/21
**possible [1]** 7/12
**preexists [1]** 8/13
**preparation [1]** 8/9
**prepared [1]** 11/9
**prior [1]** 11/15
**pro [2]** 9/12 11/15
**probably [3]** 4/12 9/19 10/21
**problem [1]** 7/10
**proceed [6]** 4/17 4/22 5/25 6/17 9/20 11/20
**proceeding [2]** 5/1 8/22
**proceedings [2]** 12/17 13/5
**process [5]** 5/20 6/23 9/9 10/14 12/2
**prospect [1]** 4/8
**provide [2]** 10/13 11/8
**providing [1]** 12/5
**provision [1]** 8/25
**Pryby [2]** 2/2 3/12
**pursue [1]** 11/7
**push [1]** 11/25

**Q**

**qualify [1]** 4/11
**question [12]** 4/10 4/12 4/15 4/23 4/25 5/4 5/6 5/13 9/9 11/6 11/11 11/13
**quick [1]** 5/11
**quite [2]** 4/9 12/8

**R**

**raise [1]** 5/13
**raised [2]** 4/7 11/14
**RANDOLPH [1]** 1/10
**read [2]** 7/1 8/19
**reading [2]** 8/6 8/17
**reads [1]** 8/14
**real [1]** 5/3
**really [1]** 4/3
**reason [1]** 3/14
**receive [1]** 7/13
**received [1]** 9/23
**record [5]** 3/3 3/6 7/4 8/22 13/5
**regard [1]** 7/21
**related [2]** 6/16 9/10
**relevant [1]** 11/6
**remainder [1]** 4/17
**remains [3]** 4/3 9/12 9/17
**remand [1]** 6/24
**report [8]** 4/6 5/24 6/7 6/11 9/23 10/17 11/2 12/13
**Reporter [4]** 2/7 2/8 13/3 13/13
**research [1]** 4/10
**resolution [2]** 4/11 6/22
**resolved [2]** 4/1 4/2
**resolving [1]** 3/22
**respect [5]** 3/19 7/19 8/9 11/8 11/15
**response [2]** 7/20 7/23
**rest [2]** 6/18 8/19
**Reuveni [6]** 1/16 3/8 4/18 6/5 10/23 11/14
**REVIEW [2]** 1/7 3/4
**rewrite [1]** 12/5
**right [8]** 3/9 3/13 6/5 6/20 7/9 7/20 7/24 12/16
**RIGHTS [2]** 1/3 3/4
**Rm [1]** 1/21
**Room [1]** 2/9
**RPR [1]** 13/12
**rule [16]**

**S**

**say [3]** 7/18 7/20 11/22
**says [1]** 9/2
**schedule [2]** 8/23 9/3
**Scher [2]** 1/13 3/8
**se [2]** 9/12 11/15
**Second [1]** 9/10
**see [1]** 10/13
**seem [2]** 10/3 11/17
**seems [3]** 9/19 10/23 12/1
**sense [1]** 4/14
**sentences [2]** 12/6 12/7
**separately [1]** 5/16
**set [1]** 9/2
**severability [1]** 3/24
**shall [3]** 8/21 9/2 9/5
**Sherry [3]** 2/7 13/3 13/12
**should [3]** 4/17 5/25 11/4
**show [1]** 8/2
**side [3]** 4/14 6/24 7/11

**S**

**simply [2]** 7/8 8/8
**simultaneously [1]** 9/5
**situation [1]** 11/1
**Slow [1]** 8/15
**small [1]** 9/16
**so [14]**
**some [10]** 4/14 5/1 6/21 8/2 9/9 10/3 10/13 11/20 11/24 12/4
**something [8]** 4/9 5/16 9/20 11/6 11/18 11/19 12/2 12/11
**somewhat [2]** 6/16 8/10
**sort [1]** 8/2
**sounds [1]** 10/19
**St. [1]** 9/11
**stage [1]** 7/4
**stands [1]** 11/11
**start [1]** 5/7
**starting [1]** 12/5
**STATES [2]** 1/1 1/11
**Station [1]** 2/4
**status [8]** 1/10 4/5 5/24 6/7 6/11 10/17 11/2 12/13
**stay [2]** 9/14 11/15
**stayed [1]** 7/15
**steps [1]** 3/15
**still [2]** 7/3 7/10
**strikes [1]** 7/16
**stuff [1]** 9/12
**submit [4]** 4/5 5/12 5/15 6/7
**subsidiary [1]** 7/1
**substantive [1]** 9/1
**suggest [3]** 5/7 5/23 10/2
**suggested [2]** 3/25 9/15
**suggestions [2]** 4/17 4/22
**summarily [2]** 8/19 9/3
**summary [1]** 8/20
**supposed [1]** 8/23
**sure [6]** 3/21 3/25 4/9 4/21 7/3 12/10
**surprised [1]** 8/2
**system [2]** 8/21 9/24

**T**

**table [1]** 9/17
**take [2]** 5/5 10/12
**taking [2]** 11/23 11/24
**telling [1]** 12/1
**terms [1]** 3/22
**Thank [3]** 4/19 6/6 12/16
**that [75]**
**that's [7]** 5/22 6/1 6/10 8/4 8/13 9/8 12/11
**their [2]** 9/24 9/25
**them [1]** 5/6
**then [3]** 5/8 11/2 11/12
**there [9]** 5/1 5/18 7/7 7/16 8/25 10/3 10/13 11/1 11/4
**these [1]** 4/5
**they [4]** 4/16 5/5 6/16 7/22
**things [5]** 3/17 3/19 7/7 7/15 11/19
**think [20]**
**this [17]**
**those [2]** 9/14 10/6
**though [1]** 3/21
**thought [1]** 12/8
**three [2]** 6/14 10/6
**time [2]** 10/18 11/1
**today [2]** 7/11 7/14
**told [2]** 9/24 12/9
**too [3]** 6/1 8/17 11/22
**took [1]** 8/8
**top [1]** 4/25
**topic [1]** 7/17
**totally [2]** 5/14 7/24
**transcript [8]** 1/10 7/3 7/4 8/10 8/22 9/5 10/12 13/4
**transcripts [4]** 7/8 7/14 7/19 11/9
**true [1]** 13/4
**try [1]** 8/11
**turns [1]** 7/7
**two [2]** 6/25 6/25
**Tyler [2]** 1/19 3/11

**U**

**U.S [2]** 1/19 2/8
**unclear [2]** 7/18 9/6
**under [3]** 3/18 4/10 7/13
**understand [2]** 5/19 8/24
**understanding [2]** 9/25 11/9
**understood [3]** 5/14 7/24 8/4
**unintentionally [1]** 8/8
**UNITED [2]** 1/1 1/11
**unresolved [1]** 4/3
**until [1]** 10/21
**up [4]** 5/8 8/1 8/2 10/24
**update [1]** 11/8
**us [1]** 9/6

**V**

**vacuum [1]** 8/10
**version [2]** 7/13 8/12
**versus [1]** 3/4
**very [1]** 5/11
**voluntarily [1]** 11/22
**vs [1]** 1/5

**W**

**want [5]** 4/16 5/4 8/1 10/9 11/16
**wanted [3]** 3/14 4/3 4/8
**warranted [2]** 9/5 9/7
**was [10]** 3/14 3/17 3/17 3/20 3/21 5/18 8/5 8/6 8/7 9/15
**Washington [6]** 1/5 1/15 1/17 1/22 2/4 2/10
**wasn't [3]** 3/20 4/9 8/13
**way [4]** 5/2 8/8 9/20 12/9
**ways [1]** 11/20
**we [35]**
**week [1]** 10/21
**welcome [1]** 6/13
**well [3]** 3/14 5/19 5/21
**what [9]** 4/10 5/21 5/22 6/18 7/19 8/6 8/23 9/6 12/13
**whatever [3]** 6/22 7/22 8/8
**when [7]** 7/4 7/12 7/13 7/14 8/17 10/17 11/9
**where [3]** 3/20 11/10 11/19
**whether [8]** 5/1 5/4 5/16 11/3 11/4 11/5 11/14 12/8
**which [11]** 3/18 5/17 7/17 9/4 9/15 11/3 11/17 12/6 12/7 12/9 12/10
**while [2]** 7/6 11/25
**who [1]** 9/23
**whoever [1]** 4/15
**why [2]** 5/7 8/10
**will [8]** 5/8 5/11 6/8 6/9 8/11 10/12 11/1 11/9
**willing [1]** 10/20
**within [1]** 9/6
**wondering [1]** 9/16
**words [1]** 12/10
**would [15]**
**written [1]** 3/22

**Y**

**Yeah [3]** 5/3 8/11 8/16
**Yes [2]** 6/2 12/14
**yesterday [1]** 9/11
**you [40]**
**you'll [1]** 5/20
**you're [1]** 7/20
**your [17]**
**yourself [1]** 4/5
**yourselves [2]** 3/6 12/12