# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al., <br><br> *Defendants*. | Case No. 26-cv-00696-RDM <br><br> Hon. Randolph D. Moss <br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that all Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on March 8, 2026, Dkt. No. 33, and the accompanying Memorandum Opinion (Doc. No. 32).

Dated: May 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER BECKER
*Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

*/s/ Papu Sandhu*
(Mass. Bar No. 630090)
Assistant Director
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-9357
Papu.Sandhu@usdoj.gov

PATRICK J. GLEN
Senior Litigation Counsel

CHRISTOPHER IAN PRYBY
JOSH A. CLEM
Trial Attorneys

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I electronically filed the Notice of Appeal with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.   Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Papu Sandhu*
PAPU SANDHU
Assistant Director
U.S. Department of Justice