**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al.,<br>*Plaintiffs*,<br>v.<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al.,<br>*Defendants*. | Case No. 1:26-cv-00696-RDM<br>Hon. Randolph D. Moss |

**STATUS REPORT REGARDING PUBLICATION OF AGENCY FINAL RULE**

In response to this Court's Minute Order, dated April 10, 2026, Defendants inform the Court that on November 17, 2026, the Executive Office for Immigration Review (EOIR) published a Final Rule after completing the notice and comment process. *Appellate Procedures for the Board of Immigration Appeals*, 91 Fed. Reg. 73,876-01, *available at* 2026 WL 3522377 (copy attached). The Rule will go into effect on December 17, 2026, 30 days after date of publication. *Id.* at 73,876.

Dated: November 17, 2026

Respectfully submitted,

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER BECKER
*Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Papu Sandhu
PAPU SANDHU (Mass. Bar No. 630090)
*Acting Senior Leader*

papu.sandhu@usdoj.gov
202-616-9357

CHRISTOPHER IAN PRYBY
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I electronically filed the foregoing Status Report with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Papu Sandhu*
PAPU SANDHU
Assistant Director
U.S. Department of Justice