**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS et al.,<br>*Plaintiffs*,<br>v.<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al.,<br>*Defendants*. | Case No. 1:26-cv-00696-RDM<br>Hon. Randolph D. Moss |

**DEFENDANTS' UNOPPOSED MOTION TO STAY**
**DEADLINE TO ANSWER COMPLAINT**

On November 17, 2026, the Executive Office for Immigration Review (EOIR) published a Final Rule after completing the notice and comment process. *Appellate Procedures for the Board of Immigration Appeals*, 91 Fed. Reg. 73,876-01.

On November 18, 2026, the Court issued a Minute Order providing that "the case is UNSTAYED."[1] It further established a briefing schedule requiring Plaintiffs to file an amended complaint and a stay of agency action by November 30, 2026; Defendants to file a response by December 8, 2026; and Plaintiffs to file a reply by December 11, 2026, with a hearing scheduled for December 14, 2026.

Defendants respectfully request that the Court stay Defendants' deadline to answer the complaint, dated February 26, 2026, and further stay the deadline for Defendants to answer the amended complaint (to be filed by Plaintiffs on or before November 30, 2026), *see* Fed. R. Civ. P.

[1] Previously, in a minute order issued on April 10, 2026, the Court had stayed "all pending deadlines … pending the completion of the notice-and-comment period and promulgation of the Final Rule."

15(a)(3), pending the Court's resolution of Plaintiffs' motion for a stay of the Final Rule and, if either party appeals the Court's ruling regarding that motion, pending the D.C. Circuit's resolution of that appeal. This request is warranted in light of Plaintiffs' intent to file a motion for immediate relief and the corresponding briefing schedule entered by the Court and referenced above. *See id.*

On November 24, 2026, undersigned counsel conferred with counsel for Plaintiffs regarding this motion. Plaintiffs' counsel stated that Plaintiffs do not oppose the motion as long as Defendants agree that, in the event Plaintiffs seek discovery later in the case before Defendants file an answer, Defendants will not use the fact that no answer has been filed as grounds to oppose discovery. On November 25, 2026, Defendants informed Plaintiffs they agreed to that condition.

Dated: November 25, 2026

Respectfully submitted,

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER BECKER
*Counsel to the Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ *Papu Sandhu*
PAPU SANDHU (Mass. Bar No. 630090)
*Acting Senior Leader*
papu.sandhu@usdoj.gov
202-616-9357

CHRISTOPHER IAN PRYBY
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Papu Sandhu*
PAPU SANDHU
*Acting Senior Leader*
U.S. Department of Justice